IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11-cv-57

JUDY PRESSLEY SMATHERS, )
Individually, and as Executrix of the )
Estate of James Ray Smathers, )
                                        )
      Plaintiff, )
                                        )
vs. )
                                        )     ORDER
PAUL ARNOLD BRENNINKMEIJER, )
                                        )
      Defendant. )
_____)

**THIS MATTER** has come before the court pursuant to a message received from James M. Dedman, IV, attorney for defendant, advising that all matters at issue between the parties had been settled and resolved. Based upon such information, the court enters the following order.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that a joint stipulation of dismissal be filed in this matter on or before **May 31, 2012** or that a report be filed advising the court of any reasons why the stipulation of dismissal cannot be filed as directed.

Signed: May 1, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge