IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11cv57

| | |
|---|---|
| JUDY PRESSLEY SMATHERS, Individually, and as Executrix of the Estate of James Ray Smathers, ) ) ) ) Plaintiff, ) ) v. ) PAUL ARNOLD BRENNINKMEIJER, ) ) Defendant. ) | **ORDER** |

The parties seek an extension of time through June 29, 2012, to file a stipulation of dismissal in this case. For good cause shown, the Court **GRANTS** the parties until June 29, 2012, to file a stipulation of dismissal.

Signed: June 4, 2012

Dennis L. Howell
United States Magistrate Judge