# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
#### 2:11cv57

| | | |
|---|---|---|
| JUDY PRESSLEY SMATHERS,<br>Individually, and as Executrix of the<br>Estate of James Ray Smathers, | ) )<br>) )<br>) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| PAUL ARNOLD BRENNINKMEIJER, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

In their Status Report [# 23], the parties seek an extension of time through July 13, 2012, to file a stipulation of dismissal in this case. For good cause shown, the Court **GRANTS** the parties until July 13, 2012, to file a stipulation of dismissal.

Signed: July 3, 2012

Dennis L. Howell
United States Magistrate Judge